IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00352-FDW-DSC

| | |
|---|---|
| WE CBD LLC et. al., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| PLANET NINE PRIVATE AIR LLC, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Michael P. Oliverio and Kent A. Britt]" (documents ##11-12) filed October 4, 2021. For the reasons set forth therein, the Motions will be <u>granted</u>

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: October 4, 2021

David S. Cayer
United States Magistrate Judge