UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:21-CV-352-FDW-DSC

WE CBD, LLC and WE C MANAGE, LLC,

    Plaintiffs,

v.

PLANET NINE PRIVATE AIR, LLC,

    Defendant/Third-Party Plaintiff,

v.

ED CLARK, an individual, JET NORTHWEST, LLC, KELLY MCFALL, an individual, and K&R INTERNATIONAL SERVICES, LLC,

    Third-Party Defendants.

## NOTICE OF VOLUNTARY DISMISSAL FOR KELLY MCFALL AND K&R INTERNATIONAL, INC.

Defendant/Third-Party Plaintiff Planet Nine Private Air, LLC ("Planet Nine") hereby dismisses Third-Party Defendants Kelly McFall and K&R International, Inc. from this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**This is the 15th day of March, 2022.**

                            Respectfully submitted,

                            */s/ David L. Levy*
                            David L. Levy (NC State Bar No. 34060)
                            **Hedrick Gardner Kincheloe & Garofalo, LLP**
                            6000 Fairview Rd., Suite 1000 Charlotte, NC 28210
                            Phone: (704) 319-5426
                            Fax: (704) 602-8178
                            Email: dlevy@hedrickgardner.com

                            *Local Rule 83.1 Counsel for Defendant*

                            */s/ Michael P. Oliverio*
                            Michael P. Oliverio, Esq. (PA State Bar No. 209399)
                            Kent A. Britt (OH State Bar No. 0068182)
                            **Vorys, Sater, Seymour and Pease, LLP**
                            500 Grant Street, Suite 4900
                            Pittsburgh, PA 15219-2502
                            Phone: (412) 904-7698
                            Fax: (412) 904-7801
                            Email: mpoliverio@vorys.com
                                              kabritt@vorys.com

                            *Counsel for Defendant Planet Nine Private Air, LLC*
                            *Pro Hac Vice*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Voluntary Dismissal* was served upon all counsel of Record via ECF including the following:

William R. Terpening
Carlin G. Robertson
Terpening Law PLLC
221 W. 11th Street
Charlotte, NC 28202
terpening@terpeninglaw.com
robertson@terpeninglaw.com
*Attorneys for Plaintiffs*

James T. Crouse
Crouse Law Offices, PPLC
P.O. Box 33460
Raleigh, North Carolina 27636
JTC@CrouseLaw.com

Joseph L. Anderson
Pangia Law Group
1717 N Street, NW
Washington, DC 20036
Janderson@pangialaw.com

*Attorneys for Third-Party Defendants Ed Clark and Jet Northwest, LLC*

Counsel for the following additional Defendants were served separately via electronic mail, as they have not appeared of record and cannot be served via ECF, as follows:

Matthew E. Krichbaum
Soble Rowe Krichbaum, LLP
302 E. Liberty
Ann Arbor, MI 48104
matthew@srkllp.com

*Attorney for Third-Party Defendants Kelly McFall and K&R International Services, LLC*

**This is the 15th day of March, 2022.**

                                      */s/ David L. Levy*
David L. Levy (NC State Bar No. 34060)
**Hedrick Gardner Kincheloe & Garofalo, LLP**
6000 Fairview Rd., Suite 1000
Charlotte, NC 28210
Phone: (704) 319-5426
Fax: (704) 602-8178
Email: dlevy@hedrickgardner.com

*Local Rule 83.1 Counsel for Defendant*