UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-00352-FDW-SCR

| | |
|---|---|
| WE CBD, LLC, and <br> WE C MANAGE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PLANET NINE PRIVATE AIR, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )     ORDER & NOTICE <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER** is before the Court, *sua sponte*, as to the trial setting in this case, which is currently scheduled to begin with Docket Call on May 1, 2023. Defendant's Motion for Summary Judgment, (Doc. No. 64), is currently under advisement by the Court. As such, the Court **CONTINUES** trial in this matter to the mixed trial term beginning July 10, 2023.

The parties shall **TAKE NOTICE** that Docket Call will take place at **9:01 a.m. on Monday, July 10, 2023,** and the Final Pretrial Conference will take place immediately following Docket Call, in Courtroom #5B of the Charles R. Jonas Federal Building, located at 401 West Trade Street, Charlotte, North Carolina, 28202. The parties shall submit their Pretrial Submissions no later than Monday, June 19, 2023.

    **IT IS SO ORDERED.**

Signed: April 26, 2023

*/s/ Frank D. Whitney*
Frank D. Whitney
United States District Judge

1