# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-00352-FDW-SCR

| | |
|---|---|
| WE CBD, LLC, and WE C MANAGE, LLC, | ) |
| Plaintiffs, | ) |
| v. | ) ORDER |
| PLANET NINE PRIVATE AIR, LLC, | ) |
| Defendant/Third-Party Plaintiff, | ) |
| v. | ) |
| ED CLARK, an individual, and JET NORTHWEST, LLC, | ) |
| Third-Party Defendants. | ) |

**THIS MATTER** is before the Court on several miscellaneous filings, including: (1) Defendant's Motion in Limine to Exclude, filed on April 24, 2023, (Doc. No. 74); (2) Plaintiffs' Motion in Limine, filed on April 24, 2023, (Doc. No. 76); (3) Plaintiffs' Unopposed Motion to Continue Docket Call/Trial, filed on June 15, 2023, (Doc. No. 84); (4) Plaintiffs' Unopposed Motion for Certificate of Appealability, filed on June 23, 2023, (Doc. No. 87); and (4) the parties' Joint Stipulation of Dismissal of Counterclaims and Third-Party Claims Without Prejudice, filed on June 26, 2023, (Doc. No. 88).

In light of this Court's prior rulings, (see Doc. No. 83), and the parties' Joint Stipulation of Dismissal of Defendant Planet Nine Private Air, LLC's Counterclaims and Third-Party Claims, (Doc. No. 88), this Court **DIRECTS** the Clerk of Court to **CLOSE THIS CASE**.

1

**IT IS THEREFORE ORDERED** that Defendant's Motion in Limine, (Doc. No. 74), is **DENIED AS MOOT**; Plaintiffs' Motion in Limine, (Doc. No. 76), is **DENIED AS MOOT**; Plaintiffs' Unopposed Motion to Continue Docket Call/Trial, (Doc. No. 84), is **DENIED AS MOOT**; and Plaintiffs' Unopposed Motion for Certificate of Appealability, (Doc. No. 87), is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: June 27, 2023

Frank D. Whitney
United States District Judge